# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GRACON LLC dba GRACON ACQUISITION LLC,

*Plaintiff*

v.

TOSHIBA INTERNATIONAL CORPORATION,

*Defendant*

Civil Action No.   2:15-cv-00178-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Amended Complaint, ECF No. 9, DISMISSED.
Defendant's Counterclaim, ECF No. 14, DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Justin L. Quackenbush   on a motion for
Stipulation to Dismiss Action with Prejudice and Without Fees and Costs. Amended Complaint, ECF No. 9, dismissed, and Defendant's Counterclaim, ECF No. 14, dismissed with prejudice and without costs or attorney fees to any party.

Date:  08/24/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler